UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY JAMES MORRIS, JR.,

    Petitioner,

v.                                              Case No.  8:10-cv-972-T-24 TBM
                                                                                     8:08-cr-289-T-24 TBM

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

    This cause comes before the Court on The Office of the Federal Defender's ("Federal Defender") Unopposed Motion to Reappoint Counsel on behalf of Petitioner Jerry James Morris, Jr. (Civ. Doc. No. 10; Cr. Doc. No. 33). The Federal Defender requests to be reappointed to represent Petitioner in his 28 U.S.C. § 2255 proceeding for the purpose of briefing the timeliness issue for the Court's reconsideration.

    Upon consideration of the instant motion, the Court finds that the Federal Defender should be reappointed to represent Petitioner in his section 2255 proceeding. Accordingly, the Federal Defender's Unopposed Motion to Reappoint Counsel (Civ. Doc. No. 10; Cr. Doc. No. 33) is GRANTED.

    **DONE AND ORDERED** at Tampa, Florida, this 21st day of March, 2011.

Copies to:
Counsel of Record

*(signature)*
SUSAN C. BUCKLEW
United States District Judge